**IN THE UNITED STATES DISTRICT COURT**
                              **FOR THE DISTRICT OF COLORADO**
                             **Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.**  10-cv-00341-MSK-KMT            FTR

**Date:**  May 05, 2010                              Debra Brown, Deputy Clerk

KANE F. JOHNSON, et al.                              James H. Chalat

                Plaintiffs.

v.

SETH BODENHANSEN, et al.                             Glendon L. Laird
                                                     Grant T. Sullivan
                                                     Maryjo C. Falcone
                Defendants.

---

## COURTROOM MINUTES / MINUTE ORDER

**SCHEDULING CONFERENCE**

**Court in Session: 10:46 a.m.**

Court calls the case. Appearances of Counsel.

Opening statements by the Court and discussion regarding the Defendant Vail Summit Resort's pending Motion to Stay Discovery [Document No. 25, filed May 04, 2010] pending ruling on Motion to Dismiss for Failure to State a Cause of Action [Document No. 18, filed March 29, 2010].

Statements by Ms. Falcone.

Mr. Laird states no position concerning the Motion to Stay Discovery.

Argument by Mr. Chalat.
Argument by Ms. Falcone.

**ORDERED:** For reasons stated on the record, Defendant Vail Summit Resort's Motion to Stay Discovery [Document No. 25, filed May 04, 2010] is **DENIED** at this time.

[XX]     Scheduling Order entered as amended.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.

Each side will be allowed 10 depositions.

Counting all Plaintiffs as one party, each party will be allowed 25 interrogatories, 25 Requests for Production of Documents, and 25 Requests for Admissions.

Each side will be allowed six (6) expert witnesses.

DEADLINES:
Joinder of Parties/Amendment to Pleadings:	July 07, 2010
Fact Discovery:	November 30, 2010
Dispositive Motions Deadline:	January 15, 2011
Affirmative Expert Disclosures:	September 15, 2010
Rebuttal Expert Disclosures:	October 15, 2010
Interrogatories, Requests for Production of documents and Requests for Admissions:  33 days prior to discovery cut-off

**ORDERED:** For purposes of setting a Settlement Conference, counsel shall file a joint or separate status report by August 16, 2010, or within 10 days of the ruling on the Motion to Dismiss, whichever occurs first.

**FINAL PRETRIAL CONFERENCE** will be set by District Judge Marcia S. Krieger.

TRIAL:
Trial Preparation Conference will be set by District Judge Marcia S. Krieger.
Trial to  [  ] Court   [XX] Jury estimated for Four (4) days.

**ORDERED:** Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**Court in Recess: 11:27 a.m.**
Total In-Court Time 0:41, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.