**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-00341-WJM-KMT

KANE F. JOHNSON, a minor, by and through his parents and legal guardians,
Kevin L. Johnson and Cheryl L. Johnson;
KEVIN L. JOHNSON, individually; and
CHERYL L. JOHNSON, individually,

      Plaintiffs,

v.

SETH BODENHAUSEN; and
VAIL SUMMIT RESORTS, INC., d/b/a BRECKENRIDGE SKI RESORT, INC.,

      Defendants.

      and

Civil Action No. 11-cv-01580-WJM-KMT

AUTO CLUB FAMILY INSURANCE COMPANY,

      Plaintiff,

v.

SETH BODENHAUSEN;
KANE F. JOHNSON, a minor, by and through his parents and legal guardians, Kevin L. Johnson and Cheryl L. Johnson;
KEVIN L. JOHNSON, individually; and
CHERYL L. JOHNSON, individually

      Defendants.

**ORDER GRANTING STIPULATED MOTION FOR ENTRY OF JUDGMENT
IN CIVIL ACTION NO. 10-CV-00341 *JOHNSON ET AL. V. BODENHAUSEN ET AL.***

This matter is before the Court on the Stipulated Motion for Entry of Judgment ("Stipulated Motion") in Civil Action No. 10-cv-00341, *Johnson et al. v. Bodenhausen et al.* The Stipulated Motion, filed by all the parties in No. 10-cv-00341,[1] seek entry of judgment pursuant to a settlement between Plaintiffs Kane Johnson, Kevin Johnson, and Cheryl Johnson and Defendant Seth Bodenhausen.

For good cause shown, the Court hereby ORDERS as follows:

1. The Stipulated Motion for Entry of Judgment (ECF No. 98) in Civil Action No. 10-cv-00341 is GRANTED;

2. In Civil Action No. 10-cv-00341, the Clerk of Court shall enter judgment against Defendant Seth Bodenhausen and in favor of Plaintiff Kane Johnson, by and through his parents Kevin and Cheryl Johnson, in the amount of $289,640.52 for his non-economic losses pursuant to the terms of the Settlement Agreement signed by Kevin and Cheryl Johnson on May 16, 2012 and by Seth Bodenhausen on June 5, 2012;

3. In Civil Action No. 10-cv-00341, the Clerk of Court shall enter judgment against Defendant Seth Bodenhausen and in favor of Plaintiffs Kevin Johnson and Cheryl Johnson in the amount of $60,359.48 for medical expenses and their out-of-pocket economic losses pursuant to the terms of the Settlement Agreement signed by Kevin and Cheryl Johnson on May 16, 2012 and by Seth Bodenhausen on June 5, 2012;

---

[1] On December 19, 2011, the Court dismissed the claims in No. 10-cv-00341 brought by Plaintiffs Kane F. Johnson, Kevin L. Johnson, and Cheryl L. Johnson against Vail Summit Resorts, Inc., d/b/a Breckenridge Ski Resort, Inc. (ECF No. 86.)

4. The parties in Civil Action No. 10-cv-00341 shall each bear their own costs;

5. This Order constitutes a Final Judgment in 10-cv-00341. This Order in no way affects the proceedings in Civil Action No. 11-cv-01580, an action filed by Auto Club Family Insurance Company against Seth Bodenhausen, Kane Johnson, Kevin Johnson, and Cheryl Johnson. Civil Action No. 11-cv-01580 shall proceed as if it had never been consolidated with Civil Action No. 10-cv-00341.

Dated this 13th day of June, 2012.

BY THE COURT:

William J. Martínez
United States District Judge